ROBERT W. FREEMAN
Nevada Bar No. 3062
Email: robert.freeman@lewisbrisbois.com
PAMELA L. MCGAHA
Nevada Bar No. 8181
Email: pamela.mcgaha@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
City of North Las Vegas,
Officer Scott Vaughn, Officer Aniya Slocum
and Sergeant Kimko Moore

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DONATELL, individually; JUDY DONATELL, as Special Administrator of the Estate of ANGELA DAWN DONATELL, deceased; JUDY DONATELL, as the Guardian Ad Litem for Xzavier Mendez, a minor, under 14 years of age,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; THE CITY OF NORTH LAS VEGAS; CORRECT CARE SOLUTIONS, a Tennessee Corporation; MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, individually; LIEUTENANT RUSSELL, individually; SERGEANT AVILA, individually; SERGEANT MOORE, individually; SERGEANT B. BYARD, individually; SERGEANT M. BUNNELL #690 individually; OFFICER SCOTT VAUGHN #1280, individually; OFFICER A. SLOCUM, individually; OFFICER R. DORADO #889, individually; OFFICER AMANDA CHALMERS, individually; OFFICER TRACEY VALENZUELA, individually; OFFICER A. KNIGHT #835, individually; OFFICER JONATHAN MCCORMICK #883, individually; OFFICER ALGIN BROOKS #656, individually; OFFICER RAMON BROOKINS #959, individually; OFFICER YANNIS GIRON | CASE NO.: 2:15-cv-02334-RFB-NJK<br><br>**DEFENDANTS CITY OF NORTH LAS VEGAS, OFFICER SCOTT VAUGHN, AND OFFICER ANIYA SLOCUM'S STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** |

4841-5467-6270.1

| | |
|---|---|
| 1 | #1079, individually; OFFICER LANDROVE #837, individually; OFFICER BLEDSOE #963, individually, OFFICER RANDALL #589, individually, NURSE ARTURO BUEN, individually; NURSE ANNE BUEN, individually; CCS PSYCHIATRIC NURSE DENNIS MILES, individually; NURSE AMY PEREZ, individually, NURSE DENNIS CENDANA, individually; NURSE VICKIE ATHUKORALA, individually; NURSE JANE BALAO, individually; NURSE MARY BOYD, individually; NURSE MARCIA SENCIO; individually; PSYCHOLOGIST DEAN NELSON, individually; NURSE NORMA ALICIA-CARPIO, individually; NURSE KELLY EVANS, individually; NURSE SIEVE MAUA, individually; NURSE LORETTA BURTON, individually; and DOE DEFENDANTS I-X; and ROES I-X, inclusive, |
| | Defendants. |

### DEFENDANTS CITY OF NORTH LAS VEGAS, OFFICER SCOTT VAUGHN, AND OFFICERANIYA SLOCUM'S STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants City of North Las Vegas, Officer Scott Vaughn and Officer Aniya Slocum to file their response to Plaintiffs' Complaint, said response being due on February 11, 2016 be extended until March 18, 2016.

### Reason for Extension

Because of the complexity of the claims made in Plaintiffs' Complaint, Defendants City of North Las Vegas, Officer Scott Vaughn and Officer Aniya Slocum need additional time to perform an investigation prior to filing a responsive pleading. This stipulation is made in good faith and not for the purpose of delay. This is the second extension of time requested by counsel

…

…

…

…

4841-5467-6270.1        2

for filing Defendant City of North Las Vegas' response to Plaintiffs' Complaint and the first extension for Defendant Officers Scott Vaughn and Aniya Slocum .

| | |
|---|---|
| Dated this 11th day of February, 2016. | Dated this 11th day of February, 2016. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | POTTER LAW OFFICES |
| /s/ Robert W. Freeman<br>Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>Pamela L. McGaha, Esq.<br>Nevada Bar No. 8181<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendant*<br>*City of North Las Vegas* | /s/ Cal J. Potter, III, Esq.<br>Cal J. Potter, III, Esq.<br>Nevada Bar No. 1988<br>C.J. Potter, IV, Esq.<br>Nevada Bar No. 13225<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

Dated: February 12, 2016

_____
United States Magistrate Judge

4841-5467-6270.1                                    3