# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUDY DONATELL, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-02334-RFB-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF LAS VEGAS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

It has come to the Court's attention that documents have been filed in this case with a minor's full name in violation of Special Order No. 108, which requires that only a minor's initials be provided. *See, e.g.*, Docket No. 53.  The Court expects strict compliance with its orders and the Local Rules. Failure to comply with them may result in sanctions.  *See, e.g.*, *Davis v. Clark County Sch. Dist.*, 2013 U.S. Dist. Lexis 128937, *5 n.3 (D. Nev. Sept. 9, 2013) (sanctioning counsel for repeated failure to comply with Court orders, including order to use only minor's initials in filings).

Accordingly,

1. The Court hereby **INSTRUCTS** the Clerk's Office to change the docket in this case to remove the minor's full name and replace it with initials.

2. The Court further **ORDERS** the Clerk's Office to seal the document at Docket No. 53, which is **DENIED** without prejudice for failure to comply with Special Order No. 108.

IT IS SO ORDERED.

DATED: April 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge