# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DONATELL, et al., | |
| Plaintiff(s), | Case No. 2:15-cv-02334-RFB-NJK |
| vs. | ORDER |
| CITY OF LAS VEGAS, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend various discovery deadlines. Docket No. 70. The Court has instructed the parties that Rule 5.2(a) of the Federal Rules of Civil Procedure, as well as LR IC 6-1(a)(2), require that only a minor's initials be used in public filings. Docket No. 69. The Court warned the parties that it expects strict compliance with the orders and rules of the Court, and that failure to comply may result in sanctions. *Id*. (citing *Davis v. Clark County Sch. Dist.*, 2013 U.S. Dist. Lexis 128937, *5 n.3 (D. Nev. Sept. 9, 2013).

Nonetheless, the present stipulation contains a minor's full name. Docket No. 70 at 1. Accordingly, the parties' stipulation, Docket No. 70, is hereby **SEALED** and **STRICKEN**. Future failures to comply with the above-referenced authorities may result in sanctions.

IT IS SO ORDERED.

DATED: July 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge