**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY DONATELL, et al., ) <br>               Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF LAS VEGAS, et al., ) <br>               Defendants. ) | Case No. 2:15-cv-02334-RFB-NJK <br><br> ORDER <br><br> (Docket No. 91) |

Pending before the Court is Plaintiffs' motion to extend certain discovery deadlines. Docket No. 91. The Court has considered Plaintiffs' motion, Defendants' response, and Plaintiffs' reply. Docket Nos. 91, 92, 93. For good cause shown, the motion is **GRANTED** and the scheduling order is modified as follows:

- Discovery cutoff: June 26, 2017;
- Expert Disclosure: April 24, 2017;
- Rebuttal Expert Disclosure: May 24, 2017;
- Interim Status Report: April 24, 2017;
- Dispositive motions: July 26, 2017;
- Joint proposed pretrial order: August 25, 2017, or 30 days after resolution of dispositive motions.

IT IS SO ORDERED.

DATED: January 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge