# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DONATELL, et al., | |
| Plaintiff(s), | Case No. 2:15-cv-02334-RFB-NJK |
| vs. | ORDER |
| THE CITY OF LAS VEGAS, et al., | |
| Defendant(s). | |

Pending before the Court is an order to show cause arising out of the improper filing of a stipulation containing the full name of the minor involved in this case. Docket No. 99. The Court has received responses from the subject attorneys. Docket Nos. 100, 107-09. The Court set a show cause hearing on the matter for August 16, 2017, *see* Docket No. 106, which is hereby **VACATED**.

As the order to show cause outlines, the Court has repeatedly instructed the parties and counsel to cease filing documents with the full name of the minor. *See* Docket Nos. 54, 69, 71 (discussing Special Order No. 108, Fed. R. Civ. P. 5.2(a), and Local Rule IC 6-1(a)(2)).[1] The Court has also warned that failure to comply with that directive may result in the imposition of sanctions. *See* Docket Nos. 54, 69, 71. In response to the order to show cause, attorney Philip Byrnes acknowledges that he erred in filing the stipulation at issue. Docket No. 100. The Court certainly appreciates Mr. Byrnes' candor, as

---

[1] The current version of the local rules became effective on May 1, 2016, and Local Rule IC 6-1 superseded Special Order No. 108.

well as his assurances that similar issues will not arise in the future. At the same time, the Court has already provided three warnings on this issue, which proved insufficient to avoid continued filing of documents containing the minor's full name. As such, the Court finds a further warning insufficient and will **SANCTION** Mr. Byrnes in a court fine of $50.[2] Payment of the court fine shall be made to the "Clerk, U.S. District Court" no later than August 21, 2017. Mr. Byrnes is also ordered to file a proof of payment on the docket by that date.

With respect to Ms. Brookhyser and Mr. Potter, the Court has now explained that they are responsible for the contents of stipulations bearing their signatures. Docket No. 106. The Court herein **CAUTIONS** Ms. Brookhyser and Mr. Potter that they must ensure that the filed documents that they sign (including stipulations) comply with the Court's orders, Rule 5.2(a) of the Federal Rules of Civil Procedure, and Local Rule IC 6-1(a)(2). Future failure to do so may result in the imposition of sanctions.

In all other respects, the order to show cause is hereby **DISCHARGED**.

IT IS SO ORDERED.

DATED: August 14, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] This sanction is imposed for the violating the Local Rules and previous Court orders. *See* Fed. R. Civ. P. 16(f)(1)(C) (sanctions for failure to comply with pretrial orders); Local Rule IA 11-8(d) (sanctions for failure to comply with any order); Local Rule IA 11-8(c) (sanctions for failure to comply with local rules).