CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DONATELL, individually; JUDY DONATELL, as Special Administrator of the Estate of ANGELA DAWN DONATELL, deceased; JUDY DONATELL, as the Guardian Ad Litem for X. M., a minor, under 14 years of age,<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; *et al.*<br><br>　　　Defendants. | Case No.: 2:15-cv-02334-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' RESPONSE TO DEFENDANT CITY OF LAS VEGAS' MOTION FOR SUMMARY JUDGMENT [ECF 112] and DEFENDANT CORRECT CARE SOLUTIONS' MOTION FOR SUMMARY JUDGMENT [ECF 113]** |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiffs' Response to Defendant City of Las Vegas' Motion Summary Judgment, filed on August 24, 2017 [ECF 112], currently due September 14, 2017, be extended an additional (30) thirty days up to and including Monday, October 16, 2017, and Plaintiffs' Response to Defendant Correct Care Solutions' Motion for Summary Judgment, filed on August 25, 2017 [ECF 113], currently due to September 15, 2017, be extended an additional (30) thirty days up to and including Monday, October 16, 2017.

Although Plaintiffs' counsel has been actively working on responding to Defendants' Motion, Plaintiffs' counsel has been unable to complete the Responses due to a medical emergency.

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that Plaintiffs' Response to City of Las Vegas' Motion for Summary Judgment and the Response to Correct Care Solutions' Motion for Summary Judgment, be extended an additional (30) thirty days up to and including Monday, October 16, 2017.

APPROVED AS TO FORM AND CONTENT.

Dated this 12th day of September, 2017.

POTTER LAW OFFICES

By /s/ C. J. Potter, IV, Esq.
Cal J. Potter, III, Esq.
Nevada Bar No. 1988
C.J. Potter, IV, Esq.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

Dated this 12th day of September, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Amanda J. Brookhyser, Esq.
S. Brent Vogel, Esq.
Nevada Bar No. 6858
Amanda J. Brookhyser, Esq.
Nevada Bar No. 11526
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Correct Care Solutions*

Dated this 12th day of September, 2017.

LAS VEGAS CITY ATTORNEY

By /s/ Philip R. Byrnes, Esq.
Bradford R. Jerbic, City Attorney
Nevada Bar No. 1056
Philip R. Byrnes, Snr. Litigation Counsel
Nevada Bar No. 166
495 South Main Street, 6th floor
Las Vegas, NV 89101
*Attorneys for Defendant City of Las Vegas and City of Las Vegas Individual Defendants*

**ORDER**

IT IS SO ORDERED.

Dated this 14th day of September, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge