1  **SAO**
   MARJORIE HAUF, ESQ.
2  Nevada Bar No. 8111
   JEFFREY GALLIHER, ESQ.
3  Nevada Bar No. 8078
   GANZ & HAUF
4  8950 W. Tropicana, Suite 1
   Las Vegas, NV  89147
5  Tel:  (702) 598-4529
   Fax: (702) 598-3626
6
   Attorneys for Plaintiff
7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10 JUDY DONATELL, individually; JUDY        CASE NO.:    2:15-CV-02334-RFB-NJK
   DONATELL, as Special Administrator of the
11 Estate of ANGELA DAWN DONATELL,
   deceased; JUDY DONATELL, as the
12 Guardian Ad Litem for X.M., a
   minor, under 14 years of age,
13
14           Plaintiffs,                     **STIPULATION AND ORDER TO
                                             EXTEND THE TIME FOR PLAINTIFF
15 v.                                        TO FILE OPPOSITION TO
                                             DEFENDANT CITY OF LAS VEGAS'
16 THE CITY OF LAS VEGAS, a political        MOTION FOR SUMMARY
   subdivision of the State of Nevada; *et al.* JUDGEMENT [ECF 112]
17                                           (FORTH REQUEST)**
18           Defendants

19
20         COMES NOW Plaintiff, JUDY DONATELL, INDIVIDUALLY; JUDY DONATELL, AS

21 THE SPECIAL ADMINISTRATOR OF THE ESTATE OF ANGELA DAWN DONATELL

22 DECEASED; JUDY DONATELL, AS THE GUARDIAN AD LITEM FOR X.M., A MINOR,

23 UNDER 14 YEARS OF AGE ("Plaintiff") and Defendants CITY OF LAS VEGAS, MICHELE

24 FREEMAN, LIEUTENANT RUSSELL, SERGEANT AVILA, SERGEANT M. BUNNELL,

25 SERGEANT B. BYARD, OFFICER R. DORADO, OFFICER AMANDA CHALMERS,

26 OFFICER TRACEY VALENZUELA, OFFICER A. KNIGHT, OFFICER JONATHAN

27 McCORMICK, OFFICER ALGIN BROOKS, OFFICER RAMON BROOKINS, OFFICER

28 YANNIS GIRON, OFFICER LANDROVE, OFFICER BLEDSOE, OFFICER RANDALL

Ganz & Hauf
8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1

("Defendant City of Las Vegas), by and through their undersigned counsel of record, and hereby jointly stipulate that the Plaintiff's Opposition to Defendant City of Las Vegas' Motion for Summary Judgment, filed on August 24, 2017 [ECF 112], currently due January 2, be extended an additional (30) days up to and including Tuesday, January 30, 2018.

On November 3, 3017, this Court granted 60-day extension of time for Plaintiff to file her Oppositions to Defendant City of Las Vegas' Motion for Summary Judgment [EFC 112] and Defendants Correct Care Solutions, *et al*.'s ("Defendant CCS") Motion for Summary Judgment [EFC 113] to allow Plaintiff's counsel to obtain the entire care file from the former counsel's office. While the entire case file was obtained on or about December 4, 2017, and Plaintiff's counsel diligently working on responding to Defendant City of Las Vegas' Motion for Summary Judgment, Plaintiffs' counsel has been unable to complete the Response due to a family tragedy. Plaintiff's counsel, however, will timely file Plaintiff's Opposition to Defendant CCS' Motion for Summary Judgment. [EFC 113]

///
///
///
///
///
///
///
///
///
///
///

GANZ & HAUF

8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

This request for extension is made in good faith and not for the purpose of delay.

WHEREFORE, the parties respectfully request that Plaintiff's Opposition to Defendant City of Las Vegas' Motion for Summary Judgment be extended an additional (30) thirty days up to including Tuesday, January 30, 2018.

APPROVED AS TO FORM AND CONTENT.

Dated this 28th day of December 28, 2017.          Dated this 28th day of December 28, 2017.


GANZ & HAUF                                        LAS VEGAS CITY ATTORNEY


/s/ Jeffrey L. Galliher                            /s/ Philip R. Byrnes
_____                            _____
MARJORIE HAUF, ESQ.                                PHILIP R. BYRNES, ESQ.
Nevada Bar No. 8111                                Nevada Bar No. 166
JEFFREY L. GALLIHER, ESQ.                          495 S. Main Street, 6th Floor
Nevada Bar No. 8078                                Las Vegas, Nevada 89101
8950 W. Tropicana Ave., Ste. 1                     Attorney for CITY DEFENDANTS
Attorneys for PLAINTIFFS


**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 25th day of January, 2018.

.


8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626