BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pbyrnes@lasvegasnevada.gov
Attorneys for CITY DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DONATELL, individually; JUDY DONATELL, as Special Administrator of the Estate of ANGELA DAWN DONATELL, deceased; JUDY DONATELL, as the Guardian Ad Litem for X. M., a minor, under 14 years of age,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, et al.,<br><br>Defendants. | CASE NO. 2:15-cv-2334-RFB-PAL |

**STIPULATION FOR EXTENSION OF TIME
TO FILE REPLY TO OPPOSITION TO CITY
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that the time for City Defendants reply to Plaintiffs' Opposition to the City Defendants' Motion for Summary Judgment be extended from February 13, 2018, to February 20, 2018. This extension is requested because the subject motion is complex and involves 17 parties

. . . .

. . . .

. . . .

. . . .

necessitating additional time to prepare a response. This is the first request for an extension of time for this reply.

DATED this 13th day of February, 2018.   DATED this 13th day of February, 2018.

GANZ & HAUF                               BRADFORD R. JERBIC
                                          City Attorney

By: /s/ Jeffrey L. Galliher, Esq.         By: /s/ Philip R. Byrnes
    JEFFREY L. GALLIHER, ESQ.                 PHILIP R. BYRNES
    Nevada Bar No. 8078                       Senior Litigation Counsel
    8950 West Tropicana Avenue, #1            Nevada Bar No. 166
    Las Vegas, NV 89147                       495 South Main Street, Sixth Floor
    Attorneys for Plaintiffs                  Las Vegas, NV 89101
                                              Attorneys for CITY DEFENDANTS

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

February 14, 2018.
_____
DATE