UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUDY DONATELL,<br><br>                    Plaintiff,<br>v.<br>CITY OF LAS VEGAS, et al.,<br><br>                    Defendants. | Case No. 2:15-cv-02334-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 145) |

This matter is before the court on the Substitution of Attorneys (ECF No. 145). Jeffrey L. Galliher announces he is substituting in the place of Marjorie Hauf for plaintiff Judy Donatell, individually; Judy Donatell as Special Administrator of the Estate of Angela Dawn Donatell, deceased; and Judy Donatell, as the Guardian Ad Litem for X.M. The client and Ms. Hauf have signed the substitution form.

LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 145) is **GRANTED**.
2. Jeffrey L. Galliher is substituted in the place of Marjorie Hauf for plaintiff Judy Donatell, individually; Judy Donatell as Special Administrator of the Estate of Angela

1 | Dawn Donatell, deceased; and Judy Donatell, as the Guardian Ad Litem for X.M.,
2 | subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 19th day of July, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE