Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
THE GALLIHER LAW FIRM
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
jgalliher@galliherlawfirm.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DONATELL, individually; JUDY DONATELL, as Special Administrator of the Estate of ANGELA DAWN DONATELL, deceased; JUDY DONATELL, as the Guardian Ad Litem for X.M., a minor, under 14 years of age,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the state of Nevada, et. al.,<br><br>Defendants | CASE NO.   2:15-cv-02334-RFB-NJK |

## **STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED PETITION AND APPLICATION FOR ORDER FOR COMPROMISE OF MINOR'S CLAIM**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that the time period for Plaintiffs to file an Amended Petition and Application for Order for Compromise of Minor's Claim be extended from January 9, 2019 to January 11, 2019. This extension is requested because the Plaintiffs need additional time to obtain a cost detail from the Potter Law Offices, and the fully executed settlement agreement has not yet been received from Defendants.

/ / /

/ / /

This is the first request for an extension of time for Plaintiffs to file an Amended Petition for Order for Compromise of Minor's Claim.

DATED this 9th day of January, 2019.

THE GALLIHER LAW FIRM

*/s/ Jeffrey L. Galliher*
Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorney for Plaintiffs*

DATED this 9th day of January, 2019.

LAS VEGAS CITY ATTORNEY

*/s/ Philip R. Byrnes*
Bradford R. Jerbic, Esq.
Nevada Bar No. 1056
Philip R. Byrnes, Esq.
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for City Defendants*

DATED this 9th day of January, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Amanda J. Brookhyser*
Amanda J. Brookhyser, Esq.
Nevada Bar No. 11526
S. Brent Vogel, Esq.
Nevada Bar No. 6858
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Correct Care Solutions*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
January 9, 2019
DATE

2