# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUDY DONATELL, individually; JUDY DONATELL, as Special Administrator of the Estate of ANGELA DAWN DONATELL, deceased; JUDY DONATELL, as the Guardian Ad Litem for X.M., a minor, under 14 years of age,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the state of Nevada, et al.,<br><br>Defendants. | Case No. 2:15-cv-02334-RFB-PAL<br><br>**ORDER** |

Before this Court is Plaintiff's Amended Petition and Application for Order for Compromise of Minor's Claim. ECF No. 155.

Plaintiff, Judy Donatell, is the grandmother and Guardian ad Litem to Minor X.M. and the Special Administrator of the Estate of Angela Dawn Donatell, X.M.'s mother. On September 18, 2015, Plaintiff filed a complaint arising from the allegedly preventable death of Angela Donatell while she was in custody at the City of Las Vegas Detention Facility under a contract with the City of Las Vegas.

The Court considered two motions for summary judgment on March 2, 2018. ECF No. 141. The Court denied the motion as to the deliberate indifference claim against Defendants City of Las Vegas, Amy Perez, Anne Buen, Dennis Miles, and Norma Alicia-Carpio and as to the excessive force claim against Defendants M. Bunnell, Amanda Chalmers, Tracey Valenzuela, and Dennis Miles. The Court granted the motion as to all other claims and Defendants.

The parties reached a global settlement on December 13, 2018 at a settlement conference before Magistrate Judge Peggy A. Leen. ECF No. 149. The Court has a duty to "conduct its own

inquiry to determine whether the settlement serves the best interests of the minor." Robidoux v. Rosengren, 638 F.3d 1177, 1181 (9th Cir. 2011) (quoting Dacanay v. Mendoza, 573 F.2d 1075, 1080 (9th Cir. 1978). The Court has reviewed the terms of the global settlement and finds that it is fair and reasonable to minor X.M. in light of the remaining claims and recovery in similar cases.

Therefore,

**IT IS ORDERED** that Plaintiff's Amended Petition and Application for Order for Compromise of Minor's Claim (ECF No. 155) is GRANTED.

**IT IS FURTHER ORDERED** that the calendar call set for March 6, 2019 and the jury trial set for March 11, 2019 are VACATED. The Clerk of Court is instructed to close this case.

DATED: January 15, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**