GALLAGHER LAW, Prof. Corp.
Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 744-8086
Facsimile: (702) 735-0204
kathleen@legalmusclelv.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DONATELL, individually; JUDY DONATELL, as Special Administrator of the Estate of ANGELA DAWN DONATELL, deceased; JUDY DONATELL, as the Guardian Ad Litem for X.M., a minor, under 14 years of age,<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; THE CITY OF NORTH LAS VEGAS; CORRECT CARE SOLUTIONS, a Tennessee Corporation; MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, individually; LIEUTENANT RUSSELL, individually; SERGEANT A VILA, individually; SERGEANT MOORE, individually; SERGEANT B. BY ARD, individually; SERGEANT M. BUNNELL #690 individually; OFFICER SCOTT VAUGHN #1280, individually; OFFICER A. SLOCUM, individually; OFFICER R. DORADO #889, individually; OFFICER AMANDA CHALMERS, individually; OFFICER TRACEY VALENZUELA, individually; OFFICER A. KNIGHT #835, individually; OFFICER JONATHAN MCCORMICK #883, individually; OFFICER ALGIN BROOKS #656, individually; OFFICER RAMON BROOKINS #959, individually; OFFICER Y ANNIS GIRON #1079, individually; OFFICER LAND ROVE #837, individually; OFFICER BLEDSOE #963, individually , OFFICER RANDALL | CASE NO.:   2:15-CV-02334-RFB-NJK<br><br>**ORDER GRANTING PETITION TO REQUEST DISBURSAL OF COURT BLOCKED ACCOUNT TO PETITIONER, XRAVIER DANIEL MENDEZ** |

1

# ORDER GRANTING PETITION TO REQUEST DISBURSAL OF COURT BLOCKED ACCOUNT TO PETITIONER, XRAVIER DANIEL MENDEZ

Petitioner, above named, XRAVIER DANIEL MENDEZ, by and through his attorney of record, KATHLEEN H. GALLAHER, ESQ. of GALLAGHER LAW, having previously moved the Court of the approval of minor's claims pursuant to NRS 41.200 *et. seq.*; and now the Court for disbursal of funds as the minor has now reached the age of majority, the Court having considered the papers and petition herein; and after being fully informed in the matter; and finding good cause;

**HEREBY GRANTS** said Petition and further **ORDERS** as follows:

Accordingly, THE COURT **HEREBY GRANTS** said Petition, and XRAVIER DANIEL MENDEZ may withdraw any and all funds in the blocked account from Bank of Nevada.

RICHARD F. BOULWARE, II
United States District Judge

DATE: February 8, 2021

GALLAGHER LAW

Kathleen H. Gallagher, Esq.
Nevada Bar Number 15043
1850 E. Sahara Ave., Ste. 107
Las Vegas, Nevada 89104
*Attorney for Petitioner*